UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 3:17-00061 |
| | ) | |
| v. | ) | |
| **CHARLES SCOTT CRAVENS** | ) | Judge Trauger |
| | ) | |

# NOTICE OF SENTENCING DATE

The sentencing hearing in the above-styled case is set on **Thursday, July 10, 2017 at 2:00 p.m.,** in the United States Courthouse, 801 Broadway, Nashville, Tennessee, Courtroom No. 873. You will receive no further notice.

If the defendant is released on bond, his or her failure to appear for sentencing on the above date may result in the forfeiture of bond and/or additional charges.

The defendant is instructed to report immediately to the United States Probation Office of this Court to initiate the Presentence Investigation (Room A725, 7th Floor, 736-5771). The Probation Office is directed to submit a Presentence Investigation and report to the Court.

KEITH THROCKMORTON, CLERK

BY: Katheryn Beasley
Courtroom Deputy Clerk

TELEPHONE: 615-736-7157

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by calling the Courtroom Deputy at the above number.

cc: United States Attorney
    Defendant
    Counsel for Defendant
    U.S. Probation
    U.S. Marshal